USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/10/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN KARPEL, d.b.a. STARDUST BULLDOGS,

          Plaintiff,

-against-

GOORIN BROS., INC.,

          Defendant.

20 Civ. 1051 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 18, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by April 8, 2020. ECF No. 7. Those submissions are now overdue. Accordingly, it is ORDERED that the parties shall submit the required joint letter and proposed case management plan by **April 13, 2020.**

    SO ORDERED.

Dated: April 10, 2020
       New York, New York

                                  ANALISA TORRES
                              United States District Judge