USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN KARPEL, d.b.a. STARDUST BULLDOGS,

                Plaintiff,

-against-

GOORIN BROS., INC.,

                Defendant.

20 Civ. 1051 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Defendant's motion for an extension of time to answer and for an adjournment of the initial pretrial conference, ECF No. 12, is GRANTED. The initial pretrial conference scheduled for April 15, 2020, is ADJOURNED to **May 13, 2020**, at **11:00 a.m.** The conference shall proceed telephonically; the parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      By **May 5, 2020**, the parties shall file their joint letter and proposed case management plan. By **May 27, 2020**, Defendant shall answer or otherwise respond to the complaint.

      The Clerk of Court is directed to terminate the motion at ECF No. 12.

      SO ORDERED.

Dated: April 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge