UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN KARPEL, d.b.a. STARDUST
BULLDOGS,

                    Plaintiff,

        -against-

GOORIN BROS., INC.,

                    Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _5/27/2020_ |

20 Civ. 1051 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Defendant's motion for an extension of time to answer, ECF No. 18, is GRANTED.  By **June 8, 2020**, Defendant shall answer or otherwise respond to the complaint.

      The Clerk of Court is directed to terminate the motion at ECF No. 18.

      SO ORDERED.

Dated: May 27, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge