UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BENJAMIN KARPEL, et al.,

                        Plaintiffs,

      -against-

GOORIN BROS., INC, et al.,

                        Defendants.

------------------------------------------------------------X

20-CV-01051 (AT)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2020

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Wednesday, July 15, 2020, at 11:00 a.m., and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, July 8, 2020.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

DATED:   June 15, 2020
                New York, New York

                                                               SARAH NETBURN
                                                              United States Magistrate Judge